UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12196
   TIMOTHY W COOLEY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-7756
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/26/06 and confirmed on 11/17/06.

2. The case was converted to Chapter 7 after confirmation, 01/22/2008.

3. The Debtor paid a total of $   946.16 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE ACCEPTANCE | SECURED | 588.00 | 22.25 | 148.64 |
| ROUNDUP FUNDING LLC | UNSECURED | 6859.05 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 388.83 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 645.35 | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2191.62 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | 333.13 | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | 2541.60 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 201.55 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 54787.16 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1218.34 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 179.10 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 13419.73 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 700.46 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 588.00 | 1218.34 | 82247.58 | .00 | 84053.92 |
| PRINCIPAL PAID | 148.64 | .00 | .00 | .00 | 148.64 |

```
INTEREST PAID              22.25          .00         .00         .00      22.25
TOTAL PAID                170.89          .00         .00         .00     170.89
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2500.00
and was paid $      5.00   direct and $     735.15   through the plan.

The Trustee received $       40.12 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/17/08                     /S/
                                         GLENN STEARNS
                                       CHAPTER 13 TRUSTEE